**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6989**

———————————

ERIC VONGRASTIC LOGAN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, District Judge. (CA-98-14-F)

———————————

Submitted: February 9, 1999      Decided: February 25, 1999

———————————

Before NIEMEYER and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Eric Vongrastic Logan, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Vongrastic Logan, a federal prisoner, appeals the district court's order denying relief on his civil complaint, in which he sought credit for time served pretrial to be applied against his federal bank robbery sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Logan v. United States, No. CA-98-14-F (E.D.N.C. May 26, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED